IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

QUENTEN RASHARD JOHNSON                                                         PLAINTIFF

V.                                                              CAUSE NO. 3:15-CV-881-CWR-FKB

CAPTAIN UNKNOWN BURNLY et. al.                                               DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge F. Keith Ball.[1] That Report recommends that this Court grant the summary judgment motion filed by Defendants.[2] Objections to that Report were due February 23, 2018. Johnson has not made any objections.

Having fully reviewed the Report, this Court concludes that it is not clearly erroneous or contrary to law. Under Federal Rule of Civil Procedure 72, this Court will ADOPT the Report's recommendations and GRANT Defendants' motion for summary judgment. A separate Final Judgment shall issue this day.

**SO ORDERED**, this the 14th day of March, 2018.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE

---

[1] Docket No. 51.
[2] *Id.* at 12-13 (discussing Docket No. 45).